IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Timothy J. Kaczmarek and Amy I. Kaczmarek

Debtors

Chapter 13 No.    13-42818

Judge    Janet S. Baer

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 3, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on November 3, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0890

**SERVICE LIST**

Timothy J. Kaczmarek and Amy I. Kaczmarek
2559 Crabtree Avenue
Woodridge, IL 60517

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

John J. Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532